The district court erred in holding that the City could not maintain the suits because of its failure to exhaust its administrative remedies under City Ordinance No. 153–1971, and that the provisions of § 59–2–1, supra, are applicable to a strike or work stoppage by public employees.

The final decree entered in these causes is reversed to this extent, and these causes are remanded to the district court for whatever further action, if any, is required to comply with this opinion.

It is so ordered.

STEPHENSON and MARTINEZ, JJ., concur.

Supreme Court, 416 U.S. 918, 94 S.Ct. 1915, 40 L.Ed.2d 276. Our original opinion was based on § 3–8–26, subd. A, N.M.S.A.1953 (Repl. Vol. 1, 1970). This statute was repealed by the New Mexico State Legislature, Laws of 1973, chapter 228, § 11, thereby rendering the question moot.

Therefore, the judgment of this Court entered herein on April 17, 1972, is hereby vacated and this cause is dismissed.

---

525 P.2d 854

**STATE of New Mexico ex rel. A. L. Happy APODACA and A. L. Happy Apodaca, Relator,**

v.

**Betty FIORINA, Secretary of State of the State of New Mexico, and David L. Norvell, Attorney General of the State of New Mexico, Respondents.**

**No. 9454.**

Supreme Court of New Mexico.

June 14, 1974.

Standley, Witt & Quinn, Bigbee, Byrd, Carpenter & Crout, Paul D. Gerber, Charles D. Olmsted, Santa Fe, for relator.

David L. Norvell, Atty. Gen., Santa Fe, William Dixon, Special Asst. Atty. Gen., Albuquerque, for respondents.

## OPINION

PER CURIAM:

This matter has come before us on remand of the case from the United States

525 P.2d 854

**Philip RICHARDSON and Helen B. Richardson, Plaintiffs-Appellees,**

v.

**Cleo Hendricks DUGGAR, Defendant-Appellant.**

**No. 9914.**

Supreme Court of New Mexico.

Aug. 23, 1974.

Rehearing Denied Sept. 4, 1974.

